# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **1.) JOHN CALVIN BEASLEY** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**1.) SWIFT TRANSPORTATION CO. OF** )<br>**ARIZONA, INC.** )<br>**2.) IBRAHIM MAMO,** )<br>**3.) MOHAVE TRANSPORTATION** )<br>**INSURANCE COMPANY,** )<br>)<br>Defendants. ) | Case No. CIV-19-86-SLP |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, by and through counsel of record, hereby announces to the Court that he dismisses all claims against Defendants with prejudice as to refilling the same.

                                      FOSHEE & YAFFE
                                      Attorneys for Plaintiff


                                      /s/ Eric J. Cavett
                                      ERIC J. CAVETT, OBA#22098
                                      P.O. Box 890420
                                      Oklahoma City, OK  73189
                                      (405)  632-6668
                                      (405) 632-3036
                                      ejc@fylaw.com

**CERTIFICATE OF MAILING**

I hereby certify that on the 30th day of March, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Robert P. Coffey
Nicholaus A. Hancock
Robert@csmlawgroup.com
nicholaus@ccsmlawgroup.com


     I additionally certify that on the ___ day of _____, 2014 I served the foregoing document certified mail, postage prepaid, on the following:

None

                                              /s/ Eric J. Cavett
                                              ERIC J. CAVETT